# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

No. 12-3891

| | |
|---|---|
| MELISSA THRASHER-LYON, on behalf of herself and a class similarly situated,<br><br>*Plaintiff-Appellee,*<br><br>vs.<br><br>CCS COMMERCIAL LLC d/b/a CREDIT COLLECTION SERVICES COMMERCIAL,<br><br>*Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>Case No. 11-C-4473<br><br>Judge John J. Tharp, Jr. |

**APPELLANT AND APPELLEE'S MOTION TO STAY BRIEFING**

Defendant-Appellant CCS Commercial LLC ("CCS") and Plaintiff-Appellee MELISSA THRASHER-LYON ("Thrasher") hereby request that the Court stay the briefing of this case and in support of this request, undersigned counsel state as follows:

This is an appeal from a ruling of the United States District Court for the Northern District of Illinois, Eastern Division. According to the schedule set by the Court, Thrasher's brief is due on May 17, 2013. The parties wish to report that they have reached a resolution of this matter and need additional time before formalizing papers and seeking the dismissal of this appeal. The parties anticipate submitted a dismissal of this appeal within 30 days.

Accordingly CCS and Thrasher respectfully request that the Court stay the briefing in this matter until such time as the parties formalize papers and submit the dismissal of this appeal.

1

| | |
|---|---|
| David M. Schultz<br>Joel D. Bertocchi*<br>James C. Vlahakis<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>dschultz@hinshawlaw.com<br>jbertocchi@hinshawlaw.com<br>jvlahakis@hinshawlaw.com<br><br>*Counsel of Record | Respectfully submitted,<br><br>By: /s/ *James C. Vlahakis*<br>Attorney for Petitioner CCS<br>COMMERCIAL LLC d/b/a CREDIT<br>COLLECTION SERVICES<br>COMMERCIAL |
| Arthur Loevy<br>Michael Kanovitz*<br>Jon Loevy<br>Scott Rauscher<br>Anand Swaminathan<br>Loevy & Loevy<br>312 N. May Street, Suite 100<br>Chicago, Illinois 60607<br>312/243-5900<br>mike@loevy.com<br>scott@loevy.com<br>anand@loevy.com<br><br>*Counsel of Record | Respectfully submitted,<br><br>By: /s/ *Michael Kanovitz*<br>Attorney for Plaintiff-Appellee<br>MELISSA THRASHER-LYON |

## DECLARATION

    The undersigned hereby declares, under penalty of perjury, that he has reviewed the attached motion and that the statements contained therein are true and correct to the best of his ability.

/s/James Vlahakis

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the attached motion was filed electronically on May 16, 2013 using the Court's CMF/ECF system, which will cause service to be made on all counsel of record.

                                                 /s/ James Vlahakis